UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:20-CV-00651

| | |
|---|---|
| WINDY SHANE,<br><br>    Plaintiff,<br><br>v.<br><br>JF FITNESS OF NORTH AMERICA, LLC<br>d/b/a CRUNCH FITNESS,<br><br>    Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby gives notice of the dismissal of claims herein alleged against Defendant JF Fitness of North America, LLC, d/b/a Crunch Fitness, *with prejudice*.

This is the 20th day of April, 2021.

    Respectfully submitted,

By:   /s/Abbey M. Krysak
       Abbey M. Krysak
       Weaver Bennett & Bland, PA
       NC Bar No. 46281
       196 N Trade Street
       Matthews, NC 28105
       akrysak@wbbatty.com
       Tel: (704) 844-1400
       Fax: (704) 845-1503
       *Counsel for Plaintiff*